United States Court of Appeals
Fifth Circuit

**F I L E D**

June 6, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-11328
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE NAVARRETE-FIERRO, also known as Jose Luis Fierro, also
known as Ricardo Navarro, also known as Jose Luis Navarrete,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:06-CR-23-1
---------------------

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:*

Appealing the Judgment in a Criminal Case, Jose Navarrete-
Fierro (Navarrete) raises arguments that are foreclosed by
Almendarez-Torres v. United States, 523 U.S. 224, 235 (1998),
which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and
not a separate criminal offense. Navarrete also raises arguments
that are foreclosed by United States v. Mejia-Huerta, 480 F.3d
713, 723 (5th Cir. 2007), petition for cert. filed, 75 U.S.L.W.
3585 (U.S. Apr. 18, 2007) (No. 06-1381), which held that the

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court is not required to provide notice prior to sentencing of its *sua sponte* intention to impose a non-Guidelines sentence. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.